UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

WALTER DAVID COOK,

                    Defendants.

---

89-CR-346 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court are two motions from Defendant, (dkt. nos.
845, 847).  The Court is informed that Defendant was released on
June 28, 2016.  Accordingly, the motions are denied as moot.  The
Clerk of the Court is directed to close dkt. nos. 845 and 847.

**SO ORDERED.**

Dated:    New York, New York
          April 16, 2025

_____
          LORETTA A. PRESKA
          Senior United States District Judge